UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., INC., a California corporation, dba SAN FRANCISCO SPECIALTY,<br><br>               Plaintiff,<br>   v.<br><br>DUDUM SPORTS ENTERTAINMENT, INC., a California corporation; DSE CANTINA, LLC, a Limited Liability Company; BING CROSBY'S RESTAURANT, INC., a California corporation; BING CROSBY'S RESTAURANT II, INC., a California corporation; MCCOVEY'S, INC., a California Corporation; DIMAGGIO RESTAURANT, INC., a California Corporation; JEFF DUDUM, an individual; RICK DUDUM, an individual,<br><br>               Defendants. | CASE NO. 09-cv-03740-CW<br><br>**ORDER REGARDING STIPULATION FOR ENTRY OF JUDGMENT** |

Having read the Stipulation for Entry of Judgment filed herewith and good cause appearing therefor,

IT IS HEREBY ORDERED that said Stipulation be filed and that this lawsuit be dismissed without prejudice subject to further notification by Plaintiff's counsel either requesting entry of judgment upon Defendants' default under said Stipulation or requesting dismissal with prejudice upon Defendants' payment in full of the agreed upon amount as provided for herein.

IT IS HEREBY FURTHER ORDERED that the U.S. District Court for the Northern District of California, Oakland Division, shall retain exclusive personal and subject matter jurisdiction of this case for the purpose of entering and enforcing judgment against Defendants, or to otherwise interpret or enforce the terms of said Stipulation, or to enter any other order as deemed necessary or just by this Court.

SO ORDERED.

DATED: 12/17/09  _____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT