UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., INC., a California corporation, dba SAN FRANCISCO SPECIALTY,<br><br>                     Plaintiff,<br>  v.<br><br>DUDUM SPORTS ENTERTAINMENT, INC., a California corporation; DSE CANTINA, LLC, a Limited Liability Company; BING CROSBY'S RESTAURANT, INC., a California corporation; BING CROSBY'S RESTAURANT II, INC., a California corporation; MCCOVEY'S, INC., a California Corporation; DIMAGGIO RESTAURANT, INC., a California Corporation; JEFF DUDUM, an individual; RICK DUDUM, an individual,<br><br>                     Defendants. | CASE NO. 09-cv-03740-CW<br><br>**JUDGMENT AGAINST DEFENDANTS DUDUM SPORTS ENTERTAINMENT, INC., a California corporation; DSE CANTINA, LLC, a Limited Liability Company; BING CROSBY'S RESTAURANT, INC., a California corporation; BING CROSBY'S RESTAURANT II, INC., a California corporation; MCCOVEY'S, INC., a California Corporation; DIMAGGIO RESTAURANT, INC., a California Corporation; JEFF DUDUM, an individual; RICK DUDUM, an individual** |

Having read and considered the Parties' Stipulation For Entry Of Judgment Against Defendants DUDUM SPORTS ENTERTAINMENT, INC., a California corporation, DSE CANTINA, LLC, a Limited Liability Company, BING CROSBY'S RESTAURANT, INC., a California corporation, BING CROSBY'S RESTAURANT II, INC., a California corporation, MCCOVEY'S, INC., a California corporation, and DIMAGGIO RESTAURANT, INC., a California corporation, JEFF DUDUM, an individual, and RICK DUDUM, an individual, all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of L.A. SPECIALTY PRODUCE CO., INC. dba SAN FRANCISCO SPECIALTY, a California Corporation, and against Defendants DUDUM SPORTS ENTERTAINMENT, INC., a California corporation, DSE CANTINA, LLC, a Limited Liability Company, BING CROSBY'S RESTAURANT, INC., a California corporation, BING CROSBY'S RESTAURANT II, INC., a California corporation, MCCOVEY'S, INC., a California corporation, and DIMAGGIO RESTAURANT, INC., a California corporation, JEFF DUDUM, an individual, and RICK DUDUM, an individual in the total amount of $101,280.94 (itemized as $100,220.94 remaining due under the stipulation and $1,060.00 in attorney's fees), jointly and severally.

1 | Plaintiff is further entitled to finance charges commencing April 23, 2010, at the rate of 10% per annum on all sums due under this judgment in until fully paid.

The Clerk shall enter judgment forthwith.

DATED:  May 5, 2010

JUDGE, U.S. DISTRICT COURT