AT-138, EJ-125

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>ELISE O'BRIEN<br>SBN 245967<br>RYNN & JANOWSKY, LLP<br>4100 Newport Place Drive, Suite 700<br>Newport Beach, CA 92646<br>TELEPHONE NO.: 949.752.2911    FAX NO.: 979.752.0953<br>ATTORNEY FOR *(Name)*: L.A. SPECIALTY PRODUCE CO., INC. | **FOR COURT USE ONLY**<br><br>RECEIVED<br>OCT 12 2010<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND<br><br>FILED<br>OCT 18 2010<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

NAME OF COURT: USDC, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 1301 Clay Street, Suite 400S
MAILING ADDRESS: 1301 Clay Street, Suite 400S
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Division

PLAINTIFF: L.A. SPECIALTY PRODUCE CO., INC.

DEFENDANT: DUDUM SPORTS ENTERTAINMENT, INC. et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor    [ ] Third Person | 09-cv-03740-CW |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name)*: RICK DUDUM
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: December 7, 2010    Time: 10:00am    Dept. or Div.: 15th Floor    Rm.: Courtroom E
Address of court [X] shown above [XX] is: 450 Golden Gate Avenue, San Francisco, CA 94102

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: October 18, 2010

*/s/ Elizabeth D Laporte*
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: RICK DUDUM    to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [x] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: October 7, 2010

ELISE O'BRIEN
(TYPE OR PRINT NAME)    ▶ */s/ Eli*    (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120